[No. 16968-5-III.    Division Three.    March 16, 1999.]

*In the Matter of the Marriage of* MELINDA J. ST. JOHN,
*Respondent*, and DAN R. ANTONI, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 92-3-00008-5, Richard W. Miller, J., entered September 15, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 16974-0-III.    Division Three.    March 16, 1999.]

JOHN S. NEWMAN, ET AL., *Respondents*, v. ANTHONY
"TONY" L. NICHOLAS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-2-00206-3, Kenneth L. Jorgensen, J., entered August 25, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16977-4-III.    Division Three.    March 16, 1999.]

ROBERT MCBRIDE, ET AL., *Appellants*, v. WALLA WALLA
COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-2-50192-2, Carolyn A. Brown, J., entered September 25, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Brown, J. Now published at 95 Wn. App. 33.

[No. 17398-4-III.    Division Three.    March 18, 1999.]

*In the Matter of the Marriage of* ANN YVONNE THRASHER,
*Respondent*, and GARRY LEE THRASHER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-3-00279-8, John E. Bridges, J., entered March 3, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.